1  Jeffrey L. Fillerup, State Bar No. 120543
   LUCE, FORWARD, HAMILTON & SCRIPPS LLP
2  Rincon Center II, 121 Spear Street, Suite 200
   San Francisco, California 94105-1582
3  Telephone No.: 415.356.4600
   Fax No.: 415.356.4610
4
   Attorneys for Defendants
5  Cottman Transmission Systems, LLC,
   and American Driveline Systems, Inc.
6

7

8                    UNITED STATE DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                       CV 08    3402

11 JOSEPH BENCHARSKY, an individual;          Case No.
   KUND, LLC, a California Limited Liability
12 Company; JOSEPH REGO, an individual;       **CERTIFICATE OF SERVICE**
   REMACH CHAPLET, INC., California
13 Corporation,

14        Plaintiffs,

15 v.

16 COTTMAN TRANSMISSION SYSTEMS,
   LLC, a Delaware Limited Liability Company;
17 AMERICAN DRIVELINE SYSTEMS, INC.,
   a Delaware corporation; and DOES 1-50,
18
        Defendants.
19

20

21

22

23

24

25

26

27

28

---

CERTIFICATE OF SERVICE

1     I, Cheryl Cormier, declare as follows:

2     I am employed with the law firm of Luce, Forward, Hamilton & Scripps LLP, whose address is 120 Spear St., Ste. 200, San Francisco, CA 94105-1582. I am readily familiar with the business practices of this office for collection and processing of correspondence for mailing with the United States Postal Service; I am over the age of eighteen years, and am not a party to this action.

7     On July 15, 2008, I served the following:

**NOTICE OF REMOVAL**

on the below parties in this action by placing a true copy (copies) thereof in a separate envelope(s), addressed as shown, for collection and mailing on the below indicated day pursuant to the ordinary business practice of this office which is that correspondence for mailing is collected and deposited with the United States Postal Service on the same day in the ordinary course of business:

Peter C. Largaris, Esq.
LARGARIS & BOULTER, LLP
1629 Fifth Ave.
San Rafael, CA 94091-1828
Telephone 415-460-0100
Facsimile 415-460-1099

    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

    Executed on July 15, 2008, at San Francisco, California.

*Cheryl Cormier*
Cheryl Cormier

301042566.1

---

CERTIFICATE OF SERVICE