PETER C. LAGARIAS (SBN 77091)
ROBERT S. BOULTER (SBN 153549)
LAGARIAS & BOULTER, LLP
1629 Fifth Avenue
San Rafael, California 94901-1828
Telephone: (415) 460-0100
Facsimile: (415) 460-1099

Attorneys for Plaintiffs Joe Bencharsky, Kund, LLC,
Joe Rego, and Remach Chapelet, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOE BENCHARSKY, et al.,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>COTTMAN TRANSMISSIONS SYSTEMS, LLC, et al.<br><br>　　　　Defendants. | Case No.  C 08-03402 JCS<br><br>DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT COURT JUDGE |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT COURT JUDGE

The undersigned parties in the above-captioned civil matter hereby decline to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby request the reassignment of this case to a United States District Court Judge.

DATED: August 1, 2008　　　　　　　　　　LAGARIAS & BOULTER, LLP

　　　　　　　　　　　　　　　　　　　　　　　／s／ Peter C. Lagarias
　　　　　　　　　　　　　　　　　　　　　　　Peter C. Lagarias, Esq.

　　　　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiffs Joe Bencharsky, Kund, LLC, Joe Rego, and Remach Chapelet, Inc.

N:\ACTIVE\Bencharsky, Joe\District Court Pleadings\declination to proceed.doc

1