Jeffrey L. Fillerup, State Bar No. 120543
LUCE, FORWARD, HAMILTON & SCRIPPS LLP
Rincon Center II, 121 Spear Street, Suite 200
San Francisco, California 94105-1582
Telephone No.: 415.356.4600
Fax No.: 415.356.4610
E-Mail: jfillerup@luce.com

James A. Goniea, State Bar No. 170849
201 Gibraltar Road
Horsham, PA 19044
Telephone No.: 610.668.2900
Fax No.: 610.664.5897
E-Mail: jgoniea@aamco.com

Attorneys for Defendant
Cottman Transmission Systems, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOSEPH BENCHARSKY, an individual; KUND, LLC, a California Limited Liability Company; JOSEPH REGO, an individual; REMACH CHAPLET, INC., California Corporation,<br><br>Plaintiffs,<br><br>v.<br><br>COTTMAN TRANSMISSION SYSTEMS, LLC, a Delaware Limited Liability Company; AMERICAN DRIVELINE SYSTEMS, INC., a Delaware corporation; and DOES 1-50,<br><br>Defendants. | Case No. 08-CV-03402 SI<br><br>**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS [Local Rule 3-16(c)(2)]** |

Pursuant to Local Rule 3-16(c)(2), Defendant Cottman Transmission Systems, LLC certifies, as follows:

Case 3:08-cv-03402-SI    Document 8    Filed 08/15/2008    Page 2 of 2

1  As of this date, other than the named defendants, there is no such interest to report.

2

3

4

5  DATED: August 15, 2008            LUCE, FORWARD, HAMILTON & SCRIPPS LLP

6

7

8                                                    By: /s/ Jeffrey L. Fillerup
                                                     Jeffrey L. Fillerup
9                                                    Attorneys for Defendant
                                                     Cottman Transmission Systems, LLC
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

301045178.1                           2                      Case No. CV-03402 SI
                                                                NOTICE OF INTERESTED PARTIES