Jeffrey L. Fillerup, State Bar No. 120543
LUCE, FORWARD, HAMILTON & SCRIPPS LLP
Rincon Center II, 121 Spear Street, Suite 200
San Francisco, California 94105-1582
Telephone No.: 415.356.4600
Fax No.: 415.356.4610
E-Mail:  jfillerup@luce.com

James A. Goniea, State Bar No. 170849
201 Gibraltar Road
Horsham, PA  19044
Telephone No.: 610.668.2900
Fax No.: 610.664.5897
E-Mail: jgoniea@aamco.com

Attorneys for Specially Appearing Defendant
American Driveline Systems, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOSEPH BENCHARSKY, an individual; KUND, LLC, a California Limited Liability Company; JOSEPH REGO, an individual; REMACH CHAPLET, INC., California Corporation,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>COTTMAN TRANSMISSION SYSTEMS, LLC, a Delaware Limited Liability Company; AMERICAN DRIVELINE SYSTEMS, INC., a Delaware corporation; and DOES 1-50,<br><br>　　　　Defendants. | Case No. 08-CV-03402 SI<br><br>**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS  [Local Rule 3-16(c)(2)]** |

Pursuant to Local Rule 3-16(c)(2), Specially Appearing Defendant American Driveline Systems, Inc. hereby certifies, as follows:

1   As of this date, other than the named defendants, there is no such interest to report.

2

3   DATED: August 15, 2008           LUCE, FORWARD, HAMILTON & SCRIPPS LLP

4

5

6                                    By: /s/ Jeffrey L. Fillerup
                                     Jeffrey L. Fillerup
7                                    Attorneys for Specially Appearing Defendant
                                     American Driveline Systems, Inc.
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

301045180.1