Jeffrey L. Fillerup, State Bar No. 120543
LUCE, FORWARD, HAMILTON & SCRIPPS LLP
Rincon Center II, 121 Spear Street, Suite 200
San Francisco, California 94105-1582
Telephone No.: 415.356.4600
Fax No.: 415.356.4610

James A. Goniea, State Bar No. 170849
201 Gibraltar Road
Horsham, PA 19044
Telephone No.: 610.668.2900
Fax No.: 610.664.5897

Attorneys for Defendants
Cottman Transmission Systems, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH BENCHARSKY, an individual; KUND, LLC, a California Limited Liability Company; JOSEPH REGO, an individual; REMACH CHAPLET, INC., California Corporation,<br><br>    Plaintiffs,<br><br>v.<br><br>COTTMAN TRANSMISSION SYSTEMS, LLC, a Delaware Limited Liability Company; AMERICAN DRIVELINE SYSTEMS, INC., a Delaware corporation; and DOES 1-50,<br><br>    Defendants. | Case No. 08-CV-03402 SI<br><br>**CERTIFICATE OF SERVICE**<br><br>Date:     October 31, 2008<br>Time:     9:00 a.m.<br>Courtroom: 10 (Judge Ilston) |

1  I, Cheryl Cormier, declare as follows:

2  I am employed with the law firm of Luce, Forward, Hamilton & Scripps LLP, whose

3  address is 120 Spear St., Ste. 200, San Francisco, CA 94105-1582.  I am readily familiar with the

4  business practices of this office for collection and processing of correspondence for mailing with

5  the United States Postal Service; I am over the age of eighteen years, and am not a party to this

6  action.

7  On August 15, 2008, I served the following:

8  **NOTICE OF MOTION AND MOTION TO COMPEL ARBITRATION AND MOTION TO DISMISS [F.R.C.P. 12(b)(6)]**

9  

10  **MEMORANDUM IN SUPPORT OF MOTION TO COMPEL ARBITRATION AND MOTION TO DISMISS [F.R.C.P. 12(b)(6)]**

11  **CERTIFICATION OF ENTITIES OR PERSONS  [Local Rule 3-16(c)(2)]**

12  **DECLARATION OF WILL JAMESON IN SUPPORT OF MOTION TO COMPEL ARBITRATION**

13  

14  on the below parties in this action

15  ☒ **BY ELECTRONIC TRANSMISSION:** I caused a copy of the document(s) to be sent from e-mail address ccormier@luce.com to the persons at the e-mail addresses listed in the Service List.  I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

16  

17  

18  Peter C. Largaris, Esq.
LARGARIS & BOULTER, LLP
1629 Fifth Ave.
19  San Rafael, CA 94091-1828
Telephone 415-460-0100
20  Facsimile 415-460-1099
E-Mail: pcl@lb-attorneys.com
21  

22  I declare under penalty of perjury under the laws of the United States of America that the

23  foregoing is true and correct and that I am employed in the office of a member of the bar of this

24  Court at whose direction the service was made.

25  Executed on August 15, 2008, at San Francisco, California.

26  

27  /s/ Cheryl Cormier
Cheryl Cormier
28