Jeffrey L. Fillerup, State Bar No. 120543
LUCE, FORWARD, HAMILTON & SCRIPPS LLP
Rincon Center II, 121 Spear Street, Suite 200
San Francisco, California 94105-1582
Telephone No.: 415.356.4600
Fax No.: 415.356.4610
E-Mail: jfillerup@luce.com

James A. Goniea, State Bar No. 170849
201 Gibraltar Road
Horsham, PA 19044
Telephone No.: 610.668.2900
Fax No.: 610.664.5897
E-Mail: jgoniea@aamco.com

Attorneys for Specially Appearing Defendant
American Driveline Systems, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH BENCHARSKY, an individual; KUND, LLC, a California Limited Liability Company; JOSEPH REGO, an individual; REMACH CHAPLET, INC., California Corporation,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>COTTMAN TRANSMISSION SYSTEMS, LLC, a Delaware Limited Liability Company; AMERICAN DRIVELINE SYSTEMS, INC., a Delaware corporation; and DOES 1-50,<br><br>　　　　Defendants. | Case No. 08-CV-03402 SI<br><br>**CERTIFICATE OF SERVICE**<br><br>Date:　　October 31, 2008<br>Time:　　9:00 a.m.<br>Courtroom: 10 (Judge Ilston) |

I, Cheryl Cormier, declare as follows:

I am employed with the law firm of Luce, Forward, Hamilton & Scripps LLP, whose address is 120 Spear St., Ste. 200, San Francisco, CA 94105-1582.  I am readily familiar with the business practices of this office for collection and processing of correspondence for mailing with the United States Postal Service; I am over the age of eighteen years, and am not a party to this action.

On August 15, 2008, I served the following:

**MEMORANDUM IN SUPPORT OF MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION [FRCP 12(b)(2)]**

**NOTICE OF MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION [FRCP 12(b)(2)]**

**DECLARATION OF TODD P. LEFF IN SUPPORT OF MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION [FRCP 12(b)(2)]**

**CERTIFICATION OF ENTITIES OR PERSONS  [Local Rule 3-16(c)(2)]**

on the below parties in this action by

☒ **BY ELECTRONIC TRANSMISSION:** I caused a copy of the document(s) to be sent from e‑mail address ccormier@luce.com to the persons at the e‑mail addresses listed in the Service List.  I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

Peter C. Largaris, Esq.
LARGARIS & BOULTER, LLP
1629 Fifth Ave.
San Rafael, CA 94091-1828
Telephone 415-460-0100
Facsimile 415-460-1099
E-Mail: pcl@lb-attorneys.com

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

/s/ Cheryl Cormier
Cheryl Cormier

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28