**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

<u>CIVIL PRETRIAL MINUTES</u>

Date:<u>11/7/08</u>

Case No.   <u>C-083402 SI</u>          Judge:   <u>SUSAN ILLSTON</u>

Title: <u>BENCHARSKY</u>  -v- <u>COTTMANN</u>

Attorneys: Boulter, Lagarias  J. Fillerup

Deputy Clerk:  <u>Tracy Sutton</u>  Court Reporter: <u>M. Gurule</u>

**PROCEEDINGS**

1)   <u>Motion to Compel and to Dismiss - HELD                                                    </u>

2)   <u>                                                                                          </u>

3)   <u>                                                                                          </u>

Order to be prepared by:  (  )Pltf   (  )Deft   ( X )Court

Disposition :  (  ) GRANTED, (  ) DENIED, (  ) GRANTED/DENIED IN  (X ) SUBMITTED
                                             PART

Case continued to    <u>@ **2:30 p.m.**</u> for Further Case Management Conference

Case continued to    <u>@ **9:00 a.m.**</u>   for Motions
(Motion due , Opposition  Reply )

Case continued to   <u>@ **3:30 p.m.**</u>  for Pretrial Conference

Case continued to   <u>@ **8:30 a.m.**</u>  for Trial (:  Days)
Discovery Cutoff:   Designate Experts by: , Rebuttal Experts:, Expert Discovery Cutoff:

ORDERED AFTER HEARING: