Jeffrey L. Fillerup, State Bar No. 120543
Andrew S. Azarmi, State Bar No. 241407
LUCE, FORWARD, HAMILTON & SCRIPPS LLP
Rincon Center II, 121 Spear Street, Suite 200
San Francisco, California 94105-1582
Telephone No.: 415.356.4600
Fax No.: 415.356.4610

Attorneys for Defendant
Cottman Transmission Systems, LLC,
and Specially Appearing Defendant
American Driveline Systems, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH BENCHARSKY, an individual; KUND, LLC, a California Limited Liability Company; JOSEPH REGO, an individual; REMACH CHAPLET, INC., California Corporation,<br><br>Plaintiffs,<br><br>v.<br><br>COTTMAN TRANSMISSION SYSTEMS, LLC, et al.,<br><br>Defendants. | Case No. 08-CV-03402 SI<br><br>**STIPULATION FOR ORDER CONTINUING CASE MANAGEMENT CONFERENCE; ORDER** |

Plaintiffs, by and through their undersigned counsel, Defendant Cottman Transmission Systems, LLC, by and through its undersigned counsel, and Specially Appearing Defendant American Driveline Sytems, Inc., by and through its undersigned counsel, hereby stipulate as follows:

1. This case is now set for a Case Management Conference on November 21, 2008 at 2:00 p.m.

2. On November 7, 2008, the Court heard a motion by Cottman to compel arbitration and a motion by ADS to dismiss ADS pursuant to FRCP 12(b)(2). The Court provided counsel with a

1     STIPULATION RE CONTINUANCE OF CMC; ORDER

tentative ruling during the hearing on November 7, heard oral argument, but the Court has not yet issued a final ruling.

3. In light of the fact that the Court's rulings will determine whether a Case Management Conference is necessary and, if so, certain relevant issues therein, the parties stipulate to a continuance of the currently set November 21, 2008 Case Management Conference to December 19, 2008 at 2:00 p.m., and a continuance of the date a Joint Case Management Statement is due until December 12, 2008. The parties stipulate to the entry of an order based on this Stipulation.

LUCE, FORWARD, HAMILTON & SCRIPPS LLP

DATED: November 13, 2008

By: _____
Jeffrey L. Fillerup
Attorneys for Defendant
Cottman Transmission Systems, LLC, and Specially
Appearing Defendant American Driveline Systems, Inc.

DATED: November 13, 2008        LAGARIAS & BOULTER, LLP

By: _____
Peter Lagarias
Attorneys for Plaintiffs Joseph Bencharsky, Kund, LLC,
Remach Chaplet, Inc., and Joseph Rego

## ORDER

Based on the foregoing Stipulation and for good cause appearing, IT IS HEREBY ORDERED that the Case Management Conference is continued to December 19, 2008 at 2:00 p.m., and the parties' Joint Case Management Statement is due on December 12, 2008.

DATED: _____
_____
Hon. Susan Illston,
DISTRICT COURT JUDGE

2     STIPULATION RE CONTINUANCE OF CMC; ORDER