1  Jeffrey L. Fillerup, State Bar No. 120543
   Andrew S. Azarmi, State Bar No. 241407
2  LUCE, FORWARD, HAMILTON & SCRIPPS LLP
   Rincon Center II, 121 Spear Street, Suite 200
3  San Francisco, California 94105-1582
   Telephone No.: 415.356.4600
4  Fax No.: 415.356.4610

5  Attorneys for Defendant
   Cottman Transmission Systems, LLC,
6  and Specially Appearing Defendant
   American Driveline Systems, Inc.

7

8

9
                    UNITED STATES DISTRICT COURT
10
                   NORTHERN DISTRICT OF CALIFORNIA
11

12
   JOSEPH BENCHARSKY, an individual;          Case No. 08-CV-03402 SI
13 KUND, LLC, a California Limited Liability
   Company; JOSEPH REGO, an individual;       **STIPULATION FOR ORDER**
14 REMACH CHAPLET, INC., a California          **CONTINUING CASE MANAGEMENT**
   Corporation,                               **CONFERENCE; AND ORDER**
15
          Plaintiffs,
16
   v.
17
   COTTMAN TRANSMISSION SYSTEMS,
18 LLC, et al.,
19
          Defendants.
20

21        Plaintiffs, by and through their counsel,   Defendant Cottman Transmission Systems, LLC

22 ("Cottman"), by and through its counsel, and Specially Appearing Defendant American Driveline

23 Systems, Inc. ("ADS"), by and through its counsel, hereby stipulate as follows:

24        1. This case is now set for a Case Management Conference on December 19, 2008 at 2:00

25 p.m.

26        2. On November 7, 2008, the Court heard a motion to compel arbitration by Cottman,

27 and a motion pursuant to FRCP 12(b)(2) by ADS. The Court provided a tentative ruling during

28 the hearing on November 7, but the Court has not yet issued a final ruling.

3.   In light of the fact that the Court's rulings on the pending motions could obviate a Case Management Conference and the setting of a trial date and pretrial dates, or otherwise change issues to be addressed, the parties hereby stipulate, as follows:

(a)   That the currently set November 21, 2008 Case Management Conference be continued to January 30, 2009 at  2:00 p.m.,

(b)   That the deadline for the parties' submission of a  Joint Case Management Conference Statement be continued to January 23, 2009; and

(c)   That the parties' exchange of initial disclosures under Federal Rule of Civil Procedure 26 be continued to January 23, 2009.

The parties stipulate to the entry of an order based on this Stipulation.

LUCE, FORWARD, HAMILTON & SCRIPPS LLP

DATED: December 11,, 2008

By: _____
Jeffrey L. Fillerup
Attorneys for Defendant
Cottman Transmission Systems, LLC, and Specially
Appearing Defendant American Driveline Systems, Inc.

DATED: December 11, 2008        LAGARIAS & BOULTER, LLP

By: _____
Peter Lagarias
Attorneys for Plaintiffs Joseph Bencharsky, Kund, LLC,
Remach Chaplet, Inc., and Joseph Rego

**ORDER**

Based on the foregoing Stipulation and for good cause appearing, IT IS HEREBY ORDERED that the Case Management Conference  is continued to January 30, 2009  at 2:00

p.m., the parties' Joint Case Management Statement is due on January 23, 2009, and the date for

the parties' exchange of initial disclosures is continued to January 23, 2009.

DATED: _____

_____
DISTRICT COURT JUDGE

n:\active\bencharsky, joe\district court pleadings\benchstip.rev.121108.doc

301057779.1

3          STIPULATION RE CONTINUANCE OF CMC;
                                                   ORDER